# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:

15 Park Pl.

2nd fl., Ste 4

Bronxville, NY 10708

Phone: (646) 992-8383

Fax: (718) 504-6962

***mail all correspondence*

FLORIDA OFFICE:

1451 W Cypress Creek Road

Suite 300

Ft. Lauderdale, FL 33309

Phone: (954) 884-5040

Fax: (754) 484-3121

December 30, 2025

Honorable Sarah L. Cave

United States Magistrate Judge

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

Courtroom 18A

New York, NY 10007

**Letter Motion:**

**Extension of Time Request**

**Re: Victor Figueroa v. Comm'r of SSA  1:25-cv-07133-LJL**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on December 29, 2025.  Due to an influx of briefs due on or about the same date as a result of the end of administrative stays in connection with government funding, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including March 2, 2026. The Defendant has given consent and further requests that the date for his brief in response be extended to 60 days after Plaintiff's filing date. No previous request for an extension has been made in this case. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre

Eddy Pierre Pierre, Esq.

Attorney for Plaintiff

(646) 992-8383

(718) 504-6962 fax

Cc:    Candace Brown Casey, Esq.   (Via ECF)
       Attorney for Defendant.

Plaintiff's request at Dkt. No. 7 is GRANTED.  Plaintiff's brief shall be due on **Monday, March 2, 2026**. Defendant's brief shall be due on **Friday, May 1, 2026.** Plaintiff's reply shall be due on **Friday, May 15, 2026.**

The Clerk of the Court is repsectfully directed to close Dkt. No. 7.

SO ORDERED   1/5/26

SARAH L. CAVE

United States Magistrate Judge