# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

March 2, 2026

Honorable Sarah L. Cave                          **Letter Motion: Second**
United States Magistrate Judge                   **Extension of Time Request**
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007

**Re: Victor Figueroa v. Comm'r of SSA 1:25-cv-07133-LJL-SLC**

Dear Honorable Judge Cave:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on March 2, 2026. Despite intentions on meeting the deadline, counsel has been unable to timely prepare the brief in this matter due to workload and recent staffing changes. Plaintiff therefore writes to respectfully request a second extension of 45 days to complete his brief, through and including April 16, 2026. This matter has been given priority, and no further request will be made. This is the second request for an extension in this case. The Defendant has given consent and further requests that the date for his Response be likewise extended by 45 days.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Candace Brown Casey, Esq.   (Via ECF)

Plaintiff's request at Dkt. No. 10 is GRANTED. The deadline to submit Plaintiff's brief is EXTENDED to **Thursday, April 16, 2026.** The deadline for Defendant's brief is EXTENDED to **Monday, June 1, 2026.** The deadline for any reply is EXTENDED to **Monday, June 29, 2026.**

The Clerk of the Court is respectfully directed to close Dkt. No. 10

SO ORDERED    3/3/26

SARAH L. CAVE
United States Magistrate Judge

Attorney for Defendant.