UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR FIGUEROA,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

                Defendant.

25 CIVIL 07133 (LJL)(SLC)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Stipulation and Order dated May 27, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York
          May 27, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**